■ DANIEL M. ROSEN, Respondent, v ALAN B. WOLPERT, Respondent. STEVEN B. HABERMAN, Nonparty Appellant. [664 NYS2d 910] —Order and judgment (one paper), Supreme Court, New York County (Salvador Collazo, J.), entered April 24, 1997, which granted petitioner judgment creditor's application for respondent garnishee's turnover of a stock certificate reflecting the judgment debtor's interest in a certain corporation, unanimously modified, on the law, to direct turnover of the certificate to the sheriff, and otherwise affirmed, without costs.

Under the circumstances presented here, the IAS Court properly directed respondent to turn over a stock certificate reflecting whatever interest the judgment debtor had in the named corporation. We modify only to the extent of directing that the stock certificate be turned over to the sheriff (CPLR 5225 [b]). Concur—Rosenberger, J. P., Nardelli, Andrias and Colabella, JJ.

■ MARY E. CONKLIN, Appellant, v JED LESHOWITZ et al., Respondents. [665 NYS2d 273] —Order, Supreme Court, New York County (Emily Goodman, J.), entered on or about April 16, 1996, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The motion court properly determined that plaintiff failed to show triable issues of fact with respect to her causes of action against defendant, her ex-fiancé, for breach of an oral employment contract, unlawful eviction under RPAPL 853 and intentional infliction of emotional distress. Accordingly, defendants were entitled to an award of summary judgment. Concur—Rosenberger, J. P., Nardelli, Andrias and Colabella, JJ.